IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF PUERTO RICO

VICTOR ANDINO, et al.,

　Plaintiffs,

　v.

MUNICIPALITY OF CATAÑO, et al.,

　Defendants.                                    Civil No. 11-1715 (GAG)

## JUDGMENT

Pursuant to the court's grant of Defendants' Motion to for Summary Judgment (Docket Nos. 52 & 70) and denial of Plaintiffs' Motion to Reconsider (Docket No. 71), Judgment is hereby entered **DISMISSING** this case.

**SO ORDERED**

In San Juan, Puerto Rico this 12th day of December, 2012.

　　　　　　　　　　　　　　　　　　　　*S/Gustavo A. Gelpí*

　　　　　　　　　　　　　　　　　　　　GUSTAVO A. GELPÍ

　　　　　　　　　　　　　　　　　　　　United States District Judge